[No. 16809-0-II.   Division Two.   July 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
BLAINE WESBY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-01129-8, Thomas L. Lodge, J., entered
December 17, 1992. *Affirmed* by unpublished opinion per
Wiggins, J., concurred in by Morgan and Bridgewater, JJ.

[No. 16876-6-II.   Division Two.   July 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD
FLOYD THOMPSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-00216-9, Thomas Felnagle, J., entered
February 2, 1993. *Affirmed* by unpublished opinion per
Wiggins, J., concurred in by Seinfeld, C.J., and Fleisher, J.

[No. 17332-8-II.   Division Two.   July 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
THEODORE RHONE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 93-1-00090-1, James D. Ladley, J., entered
June 30, 1993. *Affirmed* by unpublished opinion per Wiggins, J., concurred in by Morgan and Bridgewater, JJ.